**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2310**

ROBERT O. TYLER,

            Trustee - Appellant,

        v.

OWNIT MORTGAGE LOAN TRUST, SERIES 2006-3,

            Defendant – Appellee,

    and

ELIZABETH ANN CARRILLO; FERNANDO ALEX CARRILLO,

            Debtors.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:11-cv-00165-GBL-JFA)

Submitted:  June 28, 2012            Decided:  August 2, 2012

Before NIEMEYER, MOTZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard A. Golden, GOLDEN & GOLDEN, P.C., Fairfax, Virginia, for Appellant.    Madeline  A.  Trainor,  CYRON  &  MILLER,  LLP, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert O. Tyler, the trustee in the underlying Chapter 7 bankruptcy proceeding, appeals from the district court's order affirming the bankruptcy court's orders denying his motion to set aside, pursuant to 11 U.S.C. § 544(a)(1) (2006), a conveyance of property via foreclosure that took place prior to the bankruptcy filing date. We have reviewed the opinions of the bankruptcy court and district court and the record included on appeal, as well as the briefs of the parties, and we find no reversible error. Accordingly, we affirm. Tyler v. Ownit Mortg. Loan Trust, No. 1:11-cv-00165-GBL-JFA (E.D. Va. Oct. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED